Decided April 24, 1995

RICHARD WOODBURN *v.* CONSERVATION COMMISSION OF THE TOWN OF REDDING ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 37 Conn. App. 166 (AC 12848), is denied.

*Nancy Burton,* in support of the petition.

Decided April 24, 1995

STATE OF CONNECTICUT *v.* DEVON DUNBAR

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 338 (AC 13155), is denied.

*Louis S. Avitabile,* special public defender, in support of the petition.

*Timothy J. Sugrue,* assistant state's attorney, in opposition.

Decided April 24, 1995